```
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL S. LAWRENCE,<br><br>    Plaintiff,<br><br>vs.<br><br>RMI MANAGEMENT LLC d/b/a<br>RED ROCK FINANCIAL SERVICES,<br><br>    Defendant. | No. 2:11-cv-00047-PMP-PAL |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(i), the Defendant(s) named not having filed or served an answer, motion for summary judgment or otherwise having appeared herein; the Plaintiff(s) in the above-entitled action as to the Defendant(s) named requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal with prejudice, each party to bear its own costs and attorney's fees.

DATE: February 28, 2011

_____
MITCHELL D. GLINER, ESQ.
Attorney for Plaintiff

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE
Dated: March 25, 2011.